CITY OF KANSAS CITY, Respondent,

v.

**Charles L. BURGETT, Appellant.**

**No. WD 59673.**

Missouri Court of Appeals,
Western District.

Feb. 19, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 2, 2002.

Charles Burgett, Kansas City, pro se.

Melody Lynn Cockrell, Assistant City Prosecutor, Kansas City, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, EDWIN H. SMITH, Judge, and THOMAS H. NEWTON, Judge.

## ORDER

Charles L. Burgett appeals the circuit court's judgment convicting him of speeding in violation of Kansas City Municipal Ordinance 70.363. We affirm. Rule 30.25(b).